No. 69025.—Gematex Corp. v. United States, protest 64/13712 (New York).

Opinion by NICHOLS, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

BEFORE THE SECOND DIVISION, JANUARY 21, 1965

No. 69026.—S. S. Kresge Co. and W. T. Grant Co. v. United States, protests 63/3977 and 63/9027 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of cycle horns similar in all material respects to those the subject of G. Joannou Cycle Co., Inc. v. United States (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiffs was sustained.

No. 69027.—Schick X-Ray Co., Inc. v. United States, protests 63/15393, 64/11458, and 64/15928 (New York).

Opinion by LAWRENCE J. In accordance with stipulation of counsel that the merchandise consists of injectors and parts, in chief value of metal, similar in all material respects to those the subject of Schick X-Ray Co., Inc. v. United States (49 Cust. Ct. 38, C.D. 2358), the claim of the plaintiff was sustained.

No. 69028.—Universal Transcontinental Corp. v. United States, protest 64/5337 (New York).

Opinion by LAWRENCE, J. The official papers disclosing that the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930 (19 U.S.C. § 1514).